**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ROBERT COOPER and** | **PLAINTIFFS** |
| **RANDY MARCUM** | |
| | |
| **v.** | **CAUSE NO. 1:17-CV-111-LG-RHW** |
| | **CAUSE NO. 1:17-CV-112-LG-RHW** |
| | |
| **JIM LOYD TRANSPORT COMPANY, INC.,** | |
| **JIM LOYD TRUCK SERVICE, INC. and** | |
| **ROGER HALSTEAD** | **DEFENDANTS** |

## AGREED ORDER OF DISMISSAL

The Court, having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter:

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. After the sixty-day period, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2018.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

**AGREED:**

| | |
|---|---|
| */s/ W. Chad Stelly* | */s/ William W. Simmons* |
| W. CHAD STELLY (MSB #10401) | WILLIAM W. SIMMONS (MSB #99237) |
| Rome, Arata, Baxley, & Stelly, L.L.C. | MEAGAN O. LINTON (MSB #104704) |
| 650 Poydras Street, Suite 2017 | Glover, Young, Hammack, |
| New Orleans, Louisiana 70130 | Walton & Simmons PLLC |
| Telephone: (504) 522-9980 | P.O. Box 5514 |
| Facsimile: (504) 522-9971 | Meridian, Mississippi 39302 |
| wcstelly@romearata.com | Telephone: (601) 693-1301 |
| *Attorney for Plaintiffs* | Facsimile: (601) 639-1363 |
| | will@gloveryoung.com |
| | meagan@gloveryoung.com |
| | *Attorneys for Defendants* |